**Form B1**

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS | **Voluntary Petition** |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br><br>TOWNSEND, WILLIAM L. | Name of Joint Debtor (Spouse)(Last, First, Middle):<br><br>**TOWNSEND, NANCY T.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>None. | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>None. |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br><br>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 / None. | Soc. Sec./Tax I.D. No. (if more than one, state all):<br><br>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 / None. |
| Street Address of Debtor (No. & Street,City,State & Zip Code):<br><br>**857 WILLOWBROOK DRIVE**<br>**WHEELING, IL 60090** | Street Address of Joint Debtor (No. & Street,City,State & Zip Code):<br><br>**857 WILLOWBROOK DRIVE**<br>**WHEELING, IL 60090** |
| County of Residence or of the<br>Principal Place of Business: **COOK** | County of Residence or of the<br>Principal Place of Business: **COOK** |
| Mailing Address of Debtor (If different from street address):<br><br>None | Mailing Address of Joint Debtor (If different from street address):<br><br>None. |

| Location of Principal Assets of Business Debtor<br>(If different from address noted above): None. |
|---|

## INFORMATION REGARDING DEBTOR (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>☑ **Individual(s)** | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☑ **Chapter 7** |
|---|---|
| Nature of Debts (Check one box)<br>☑ **Consumer/Non-Business** | Filing Fee (Check one box) |
| Chapter 11 Small Business (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 USC Sec. 101.<br>☐ Debtor is and elects to be considered a small business<br>under defined in 11 USC Sec. 1121(e) (Optional) | ☑ Full Filing Fee attached. |

Statistical/Administrative Information (Estimates only)

☑ Debtor estimates that funds will be available for distribution to creditors.

| Estimated Number of Creditors ☑ 50 - 99 (3) |
|---|
| Estimated Assets ☑ $100,001 to $500,000 (3) |
| Estimated Debts ☑ $100,001 to $500,000 (3) |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/11/2004
Time: 16:41:51
Debtor: WILLIAM L TOWNSEND
Case: 04-29870      Fee : 209
Chapter: 7 Rec. # : 3095564
Judge: Susan Pierson Sonderby
341 mtg: 09/22/2004 @ 12:30PM
Trustee: RONALD PETERSON

1:04BK29870-BK001

| **Voluntary Petition** | **Name of Debtor(s):** | |
| (This page must be completed and filed in every case) | WILLIAM L. TOWNSEND | **Form B1, Page 2** |
| | NANCY T. TOWNSEND | |

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location Where Filed:  None. | Case Number:  None. | Date Filed:  None. |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** **(If more than one, attach additional sheet)** | | |
| Name of Debtor:  None. | Case Number:  None. | Date Filed:  None. |
| District:  None. | Relationship:  None. | Judge:  None. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under 7, 11, 12 or 13 of Title 11, UNITED STATES CODE, understand the relief available under each such chapter, and choose to proceed under Chapter 7.

I request relief in accordance with the chapter of title 11, UNITED STATES CODE, specified in this petition.

X _William L. Townsend_
Signature of Debtor, **WILLIAM L. TOWNSEND**

X _Nancy T. Townsend_
Signature of Joint Debtor, **NANCY T. TOWNSEND**

Telephone Number (If not represented by attorney)

Date:  _8-9-04_

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner(s) named in the foregoing petition, declare that I have informed the petitioner(s) that she, or they) may proceed under chapter 7, 11, 12 or 13 of Title 11, UNITED STATES CODE, and have explained the relief available under each such chapter.

X _Douglas W. Worrell_
Signature of Attorney for Debtor(s)

Date
_8-9-04_

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit "C" is attached and made a part of this petition.

☐ No.

### Signature of Attorney

X _Douglas W. Worrell_
Signature of Attorney for Debtor(s)
DOUGLAS W. WORRELL
Printed Name of Attorney for Debtor(s)
LAW OFFICE OF DOUGLAS W. WORRELL, CHTD.
Firm Name
1301 S. GROVE AVENUE, SUITE 160
BARRINGTON, IL  60010
Address
Telephone Number:  (847) 277-7333

Date:  _8-9-04_

### Signature Of Non-Attorney Bankruptcy Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____

_____
Signature of Bankruptcy Petition Preparer

Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18 U.S.C. Sec. 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, UNITED STATES CODE, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

Date:

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re      WILLIAM L. TOWNSEND,                                    Case No.
NANCY T. TOWNSEND,
                                    Debtor(s).                     Chapter 7

# SUMMARY OF SCHEDULES

**Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.**

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | Attached | Num. Pages | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | YES | 1 | $344,500.00 | | |
| B - PERSONAL PROPERTY | YES | 4 | $39,794.30 | | |
| C - PROPERTY CLAIMED AS EXEMPT | YES | 2 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 2 | | $292,550.00 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS | YES | 1 | | $0.00 | |
| F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS | YES | 13 | | $362,549.16 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 1 | | | |
| H - CODEBTORS | YES | 1 | | | |
| I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | YES | 1 | | | $5,541.55 |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | YES | 1 | | | $6,109.81 |
| Total Number of Sheets in ALL Schedules | | 27 | | | |

Total Assets      $384,294.30

Total Liabilities      $655,099.16

In re    WILLIAM L. TOWNSEND,
NANCY T. TOWNSEND,

Case No.

Debtor(s).

Chapter 7

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTIONS | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Debtor's residence 857 Willowbrook Drive Wheeling, IL   60090 | 100% fee simple - property listed at $355,500.00.  First mortgage $190,000. Second mortgage $66,000. | J | $340,000.00 | $256,000.00 |
| timeshare Hilton Grand Vacation Club Orlando, FL | purchase price $13,000, offered $4,500.00 by Hilton Grand Vacation Club | J | $4,500.00 | $      0.00 |
| | | TOTAL | $344,500.00 | |

In re   WILLIAM L. TOWNSEND,                    Case No.
NANCY T. TOWNSEND,
                          Debtor(s).             Chapter 7

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C." in the column labeled "H, W, J or C."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N o n e | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand**<br>**857 Willowbrook Drive**<br>**Wheeling, Il 60090** | | $20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Corus Bank checking account**<br><br>**Wheeling, IL** | | $50.00 |
| | | **Northwest Airlines Credit Union**<br><br>**Apple Valley, MN** | | $50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords and others. | X | | | $ 0.00 |
| 4.  Household goods and furnishings, including audio, video and computer equipment. | | **Miscellaneous & customary**<br>**household goods & furnishings**<br>**857 Willowbrook Drive**<br>**Wheeling, Il 60090** | | $3,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc and other collections or collectibles. | | **Miscellaneous books**<br>**857 Willowbrook Drive**<br>**Wheeling, Il 60090** | | $200.00 |
| 6.  Wearing apparel. | | **Miscellaneous clothing**<br>**857 Willowbrook Drive**<br>**Wheeling, Il 60090** | | $300.00 |
| 7.  Furs and jewelry. | | **Miscellaneous costume and**<br>**dress jewelry**<br>**857 Willowbrook Drive**<br>**Wheeling, Il 60090** | | $200.00 |

**SCHEDULE B - PERSONAL PROPERTY  1 - 4**

In re   WILLIAM L. TOWNSEND,          Case No.
NANCY T. TOWNSEND,

                    Debtor(s).          Chapter 7

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | HWJ or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.   Firearms and sports, photographic and other hobby equipment. | X | | | $ 0.00 |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Northwest Airlines Group term policy - $180,000.00, no cash value 857 Willowbrook Drive Wheeling, Il 60090 | | $0.00 |
| | | Globe Life Insurance - $35,000 policy on son, no cash value. 857 Willowbrook Drive Wheeling, Il 60090 | | $0.00 |
| | | Jackson National Life Insurance Policy No. 0011940190 - $100,000 face value, surrender value $3,175.05 5901 Executive Drive Lansing, MI  48910 | H | $3,175.05 |
| 10.   Annuities. Itemize and name each issuer. | X | | | $ 0.00 |
| 11.   Interests in IRA, ERISA, Keogh or other pension or profit-sharing plans. Itemize. | | 401(k) Northwest Airlines 857 Willowbrook Drive Wheeling, Il 60090 | W | $8,899.25 |
| | | Northwest Airlines pension, defined benefit - value unknown. 857 Willowbrook Drive Wheeling, Il 60090 | W | $0.00 |
| | | Carpenters Union pension defined benefit, value unknown 857 Willowbrook Drive Wheeling, Il 60090 | H | $0.00 |
| 12.   Stock and interests in incorporated and unincorporated businesses. Itemize. | | Dissolved & insolvent drywall & acoustic business, Townsend Drywall & Acoustics, Inc. Liabilities exceed assets. Dissolved 1/2003. 857 Willowbrook Drive Wheeling, Il 60090 | | $0.00 |
| 13.   Interests in partnerships or joint ventures. Itemize. | X | | | $ 0.00 |

**SCHEDULE B - PERSONAL PROPERTY  2 - 4**

In re    WILLIAM L. TOWNSEND,          Case No.
NANCY T. TOWNSEND,

                    Debtor(s).          Chapter 7

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | $ 0.00 |
| 15. Accounts receivable. | | Bad debts or accounts receivable of Townsend Drywall & Acoustics, Inc., approximately $12,000.00 857 Willowbrook Drive Wheeling, Il 60090 | | $0.00 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | $ 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | $ 0.00 |
| 18. Equitable or future interests, life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | $ 0.00 |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | $ 0.00 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims or the debtor and rights to setoff claims. Give estimated value of each. | X | | | $ 0.00 |
| 21. Patents, copyrights and other intellectual property. Give particulars. | X | | | $ 0.00 |
| 22. Licenses, franchises and other general intangibles. Give particulars. | X | | | $ 0.00 |
| 23. Automobiles, trucks, trailers and other vehicles. | | 2001 Chevrolet Silverado pickup truck, loan of approx. $12,550.00 857 Willowbrook Drive Wheeling, Il 60090 | | $7,200.00 |
| | | 1998 Jeep Grand Cherokee TSI, loan amount $11,000.00 857 Willowbrook Drive Wheeling, Il 60090 | | $7,000.00 |
| | | Son's car titled in Nancy Townsend's name 1999 Subaru Elantra - loan $13,000.00 857 Willowbrook Drive Wheeling, Il 60090 | | $7,700.00 |

**SCHEDULE B - PERSONAL PROPERTY  3 - 4**

In re    WILLIAM L. TOWNSEND,                          Case No.
NANCY T. TOWNSEND,

                                    Debtor(s).                Chapter 7

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Boats, motors and accessories. | X | | | $ 0.00 |
| 25. Aircraft and accessories. | X | | | $ 0.00 |
| 26. Office equipment, furnishings and supplies. | X | | | $ 0.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | | **Tools & equipment for drywall business.  Laser screwguns, hand tools, computer & miscellaneous & customary tools & equipment of drywall installer.** **857 Willowbrook Drive Wheeling, Il 60090** | | $2,000.00 |
| 28. Inventory. | X | | | $ 0.00 |
| 29. Animals. | X | | | $ 0.00 |
| 30. Crops - growing or harvested.  Give particulars. | X | | | $ 0.00 |
| 31. Farming equipment and implements. | X | | | $ 0.00 |
| 32. Farm supplies, chemicals and feed. | X | | | $ 0.00 |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | $ 0.00 |
| | | | Total | $39,794.30 |

**SCHEDULE B - PERSONAL PROPERTY  4 - 4**

In re   WILLIAM L. TOWNSEND,          Case No.
NANCY T. TOWNSEND,
                       Debtor(s).          Chapter 7

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which the debtor is entitled under

☒ 11 U.S.C. 522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
| --- | --- | --- | --- |
| Alimony/Child Support | 735 ILCS 5/12-1001(g) | | |
| Civil Service Retirement | 5 U.S.C. § 729 | | |
| Crime Victims' Compensation | 735 ILCS 5/12-1001(h) | | |
| Federal Statute Restitutions | 735 ILCS 5/12-1001(h)(5) | | |
| Fishermen, seamen, apprentice wages | 46 U.S.C. § 601 | | |
| Health Aids | 735 ILCS 5/12-1001(e) | | |
| Homestead Proceeds one year | 735 ILCS 5/12-906 | | |
| Life Insurance Proceeds For Spouse/Child | 735 ILCS 5/12-1001(h) | | |
| Longshore/harbor worker's benefits | 33 U.S.C. § 916 | | |
| Motor Vehicle to $1200 - loans on vehicles exceed fair market value - negative equity. | 735 ILCS 5/12-1001(c) | | |
| Necessary Apparel, Bible, Pictures | 735 ILCS 5/12-1001(a) | | $ 300.00 |
| Railroad Retirement | 45 U.S.C. § 228(l) | | |
| Retirement Plans | 735 ILCS 5/12-1006 | | $8,899.25 |
| Seamen's Clothing | 46 U.S.C. § 11110 | | |
| Seamen's Contract Wages | 46 U.S.C. § 11111 | | |
| Social Security | 735 ILCS 5/12-1001(g) | | |
| Social Security Benefits | 42 U.S.C. § 407 | | |
| Surviving Spouse/Child Homestead | 735 ILCS 5/12-902 | | |
| Tools/Equipment/Books of Trade to $750 - tools & eqpt. for drywall business | 735 ILCS 5/12-1001(d) | $ 750.00 | $2,000.00 |
| Unemployment Compensation | 735 ILCS 5/12-1001(g) | | |

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT  1 - 2

In re    WILLIAM L. TOWNSEND,                              Case No.
NANCY T. TOWNSEND,
                                      Debtor(s).                    Chapter 7

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Veterans Benefits | 735 ILCS 5/12-1001(g) | | |
| Veteran's benefits | 45 U.S.C. § 352(E) | | |
| Welfare Benefits | 735 ILCS 5/12-1001(g) | | |
| Workers' Compensation | 735 ILCS 305/21 | | |
| Wrongful Death Recovery for Support | 735 ILCS 5/12-1001(h) | | |
| Life Insurance For Dependent - $35,000 policy, no cash value | 735 ILCS 5/12-1001(h) | | $   0.00 |
| 75% Earned Unpaid Wages | 15 U.S.C. § 1673 | | |
| Misc. Personal Property to $2000 ea. - Cash value of life insurance $3,175.05; household goods & furnishings $3,000. | 735 ILCS 1001(b) | $4,000.00 | $6,175.05 |
| Personal Injury Recovery to $7500 | 735 ILCS 5/12-1001(h) | | |
| Residential Homestead to $7500 | 735 ILCS 5/12-901 | | |
| Husband/Wife Homestead to $15000 | FNB v. Mohr, 515 NE2d 1356 (Ill.App. 1988) | $15,000.00 | $340,000.00 |

**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT  2 - 2**

In re    WILLIAM L. TOWNSEND,                    Case No.
NANCY T. TOWNSEND,

                              Debtor(s).          Chapter 7

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ **Check this box if debtor has no creditors holding secured claims to report on this Schedule D.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H, W J, or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct. No. 10 12 9014 581107<br><br>Chase Manhattan Bank<br>P.O. Box 5210<br>New Hyde Park, NY  11042 | | | auto loan<br>1998 Jeep Grand Cherokee TSI<br><br>VALUE $7,000.00 | | | | $11,000.00 | $4,000.00 |
| Acct. No. 10114314384600<br><br>Chase Manhattan Bank<br>P.O. Box 5210<br>New Hyde Park, NY  11042 | | | auto loan<br>2001 Chevrolet Silverado Pickup<br><br>VALUE $7,200.00 | | | | $12,550.00 | $5,350.00 |
| Acct. No. 000009901064695<br><br>Harris Bank Barrington NA<br>P.O. Box 6201<br>Carol Stream, IL  60197-6201 | | | auto loan<br>Son's car titled in Nancy Townsend's name.<br>1999 Subaru Elantra<br><br>VALUE $7,700.00 | | | | $13,000.00 | $5,000.00 |
| | | | Subtotal this page | | | | **$36,550.00** | |

In re   WILLIAM L. TOWNSEND,                                Case No.
NANCY T. TOWNSEND,

                            Debtor(s).                                Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H, W, J, or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct. No. 0434226106<br><br>Homecomings Financial<br>P.O. Box 890036<br>Dallas, TX  75389 | | | 1st mortgage residence at 857 Willowbrook Drive, Wheeling, IL 60090<br><br>VALUE  $340,000.00 | | | | $190,000.00 | |
| Acct. No.<br><br>Homecomings Financial<br>P.O. Box 890036<br>Dallas, TX  75389 | | | 2nd mortgage residence at 857 Willowbrook Drive, Wheeling, IL  60090<br><br>VALUE  $340,000.00 | | | | $66,000.00 | |

                                     Subtotal this page                **$256,000.00**

                                               TOTAL                **$292,550.00**

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS  2 - 2**

In re   WILLIAM L. TOWNSEND,                                    Case No.
NANCY T. TOWNSEND,
                              Debtor(s).                        Chapter 7

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete set of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of a debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick pay owing to employees, up to a maximum of $4650 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4650 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2100 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, maintenance, and support**
Debts to a spouse, former spouse, or child of the debtor, for alimony to, maintenance for, or support of such spouse or child. 11 U.S.C. Sec. 507(a)(7).

☐ **Taxes and other certain debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. Sec. 507(a)(9).

In re   WILLIAM L. TOWNSEND,           **Case No.**
NANCY T. TOWNSEND,

                **Debtor(s).**          **Chapter 7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ **Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 5477 5361 3247 0010<br><br>Advanta Bank Corp.<br>P.O. Box 30715<br>Salt Lake City, UT  84130-0715 | | | Advanta Executive Business Card | | | | $38,682.38 |
| Acct. No. 4115071889364456<br><br>Aegis Group LP<br>P.O. Box 10390<br>Greenville, SC  29603 | | | Collection agent for Capital One Services, Inc. - Townsend Drywall account. | | | | $1,706.21 |
| Acct. No. 3715-401032-91007<br><br>American Express<br>P.O. Box 7863<br>Ft. Lauderdale, FL  33329-7863 | | | | | | | $15,668.68 |
| | | | | | | **Subtotal this page** | **$56,057.27** |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  1 - 13**

In re   WILLIAM L. TOWNSEND,      Case No.
NANCY T. TOWNSEND,
                    Debtor(s).          Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 3723-131955-61003<br><br>American Express<br>P.O. Box 360002<br>Ft. Lauderdale, FL  33336-0002 | | W | | | | | $6,737.20 |
| Acct. No. 043853415012351652<br><br>American Express<br>P.O. Box 360002<br>Ft. Lauderdale, FL  33336-0002 | | | | | | | $6,970.00 |
| Acct. No. 03-10296-0<br><br>Baker, Miller, Markoff & Krasny, LLC<br>11 S. LaSalle Street, 19th Floor<br>Chicago, IL  60603 | | | NOTICE PURPOSE ONLY. Collection agent for Discover Bank, Acct. No. 6011-0075-6350-2870. Amount listed elsewhere on this Schedule F. | | | | $    0.00 |
| Acct. No. 4417 1250 9815 4093<br><br>Bank One Cardmember Service<br>P.O. Box 15548<br>Wilmington, DE  19886-5548 | | | | | | | $12,672.22 |
| Acct. No. 7001-0620-0336-8085<br><br>Best Buy Retail Services<br>P.O. Box 15521<br>Wilmington, DE  19850-5521 | | | | | | | $ 350.00 |
| | | | Subtotal this page | | | | $26,729.42 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  2 - 13**

In re   WILLIAM L. TOWNSEND,          Case No.
NANCY T. TOWNSEND,
                                 Debtor(s).          Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 500-105-932-7<br><br>BP Credit Card Center<br>P.O. Box 9014<br>Des Moines, IA   50368-9014 | | W | BP Gas Card | | | | $ 742.61 |
| Acct. No. 500-105-932-17<br><br>BP Credit Card E Center<br>P.O. Box 9014<br>Des Moines, IA   50368-9014 | | | | | | | $ 792.00 |
| Acct. No. 34627631<br><br>C.B. Accounts, Inc.<br>1101 Main Street<br>Peoria, IL   61606 | | | Collection agent for Northwest Community Hospital | | | | $ 149.00 |
| Acct. No. 4862-3624-1394-2999<br><br>Capital One<br>P.O. Box 85015<br>Richmond, VA   23285-5015 | | W | | | | | $2,800.00 |
| Acct. No. 4115 0718 8936 4456<br><br>Capital One<br>P.O. Box 85015<br>Richmond, VA   23285-5015 | | | | | | | $1,309.79 |
| Acct. No. 5178052248410975<br><br>Capital One Services, Inc.<br>P.O. Box 25131<br>Richmond, VA   23276-0001 | | | | | | | $1,562.77 |
| | | | **Subtotal this page** | | | | **$7,356.17** |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  3 - 13**

In re   WILLIAM L. TOWNSEND,        Case No.
NANCY T. TOWNSEND,

                 Debtor(s).        Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J or c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 4791-2415-4931-5633 <br><br> Capital One, F.S.B. <br> P.O. Box 85015 <br> Richmond, VA   23285-5015 | | | | | | | $7,678.83 |
| Acct. No. 5491 0402 1181 4331 <br><br> Chase BankCard Services, Inc. <br> P.O. Box 52188 <br> Phoenix, AZ   85072-2188 | | | | | | | $8,977.43 |
| Acct. No. 4305875950014836 <br><br> Chase NA <br> P.O. Box 15902 <br> Wilmington, DE   19850-5902 | | | | | | | $4,934.00 |
| Acct. No. 5588 0000 0070 1382 <br><br> Citi <br> P.O. Box 6309 <br> The Lakes, NV   88901-6309 | | | | | | | $1,545.00 |
| Acct. No. 5588 0080 0109 6009 <br><br> Citi Business Card <br> P.O. Box 6309 <br> The Lakes, NV   88901-6309 | | | | | | | $6,573.33 |
| Acct. No. 5410 6544 3291 2811 <br><br> Citi Cards <br> Box 6000 <br> The Lakes, NV   89163-6000 | | | | | | | $9,789.89 |

Subtotal this page       **$39,498.48**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  4 - 13**

In re   WILLIAM L. TOWNSEND,          Case No.
NANCY T. TOWNSEND,
                    Debtor(s).          Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJorc | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 5424180140304970<br><br>Citibank CBSD NA<br>P.O. Box 6309<br>The Lakes, NV   88901-6309 | | | | | | | $7,631.00 |
| Acct. No. 6011 0076 1023 3149<br><br>Discover Card<br>P.O. Box 30395<br>Salt Lake City, UT   84130-0395 | | | Account addressed as Acoustic Townsend. | | | | $11,579.32 |
| Acct. No. 6011 0075 6350 2870<br><br>Discover Card<br>P.O. Box 30395<br>Salt Lake City, UT   84130-0395 | | | | | | | $13,107.38 |
| Acct. No. 6011 0071 1018 3554<br><br>Discover Platinum<br>P.O. Box 8003<br>Hillard, OH   43026-8003 | | W | | | | | $9,340.89 |
| Acct. No. 4417121157166235<br><br>Encore Receivable Management, Inc.<br>400 N. Rogers Road<br>Olathe, KS   66063-3330 | | W | Collection agent for Bank One (formerly First USA) | | | | $26,099.30 |
| | | | | | | **Subtotal this page** | **$67,757.89** |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  5 - 13**

In re    WILLIAM L. TOWNSEND,                                Case No.
NANCY T. TOWNSEND,

                                    Debtor(s).                  Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 5474975600859168<br><br>Federated Financial Corporation of America<br>P.O. Box 2034<br>Farmington Hills, MI  48333-2034 | | | 2002-2003<br><br>NOTICE PURPOSE ONLY. Collection agent for MBNA Platinum Plus for Business. Townsend Drywall account. Amount listed elsewhere on this Schedule F. | | | | $     0.00 |
| Acct. No. 4417121157166235<br><br>First USA Bank<br>P.O. Box 8650<br>Wilmington, DE   19899 | | | | | | | $22,427.00 |
| Acct. No. 60353200-3439-6067<br><br>Home Depot Processing<br>Processing Center<br>Des Moines, IA  50364 | | | | | | | $ 500.00 |
| Acct. No. 7001062003368085<br><br>Household Bank Best Buy<br>P.O. Box 15521<br>Wilmington, DE   19850-5521 | | | | | | | $ 313.00 |
| Acct. No. 5499-4539-5001-2730<br><br>Household Credit Services<br>P.O. Box 17051<br>Baltimore, MD   21297-1051 | | | | | | | $16,198.39 |
| | | | | | | Subtotal this page | $39,438.39 |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  6 - 13

In re    WILLIAM L. TOWNSEND,                          Case No.
NANCY T. TOWNSEND,
                            Debtor(s).                 Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 5480-4200-1369-5224<br><br>Household Credit Services<br>P.O. Box 80027<br>Salinas, CA  93912-0027 | | | Machinists Privilege Mastercard | | | | $6,944.00 |
| Acct. No. 60043-00901-359684<br><br>Household Retail Service<br>941 Corporate Center Drive<br>Pamona, CA  91769 | | | Menards | | | | $ 301.00 |
| Acct. No. 5418275001458796<br><br>I.C. System, Inc.<br>444 Highway 96 East, P.O. Box 64887<br>St. Paul, MN  55164-0887 | | | NOTICE PURPOSE ONLY. Collection agent for Providian Account No. 20011316-346-528. Amount listed elsewhere on this Schedule F. | | | | $ 0.00 |
| Acct. No. 0179213328<br><br>Kohl's<br>P.O. Box 2983<br>Milwaukee, WI  53201-2983 | | W | | | | | $ 300.00 |

|  | Subtotal this page | $7,545.00 |
|---|---|---|

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  7 - 13**

In re   WILLIAM L. TOWNSEND,                    Case No.
NANCY T. TOWNSEND,
                              Debtor(s).          Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No.<br><br>Law Offices Chill, Chill & Radtke, P.C.<br>20 N. Clark Street, Suite 1425<br>Chicago, IL  60602 | | | legal fees, if any - amount unknown | | | | $   0.00 |
| Acct. No. 5280.001<br><br>Law Offices Kevin M. Kelly P.C.<br>10 E. 22nd Street, Suite 216<br>Lombard, IL  60148 | | | NOTICE PURPOSE ONLY. Collection agent for Cavalary Portfolio Services, LLC, as assignee of Cavalry SPV I, LLC, as assignee of Advanta Account No. 02070987 - Amount listed elsewhere on this Schedule F. | | | | $   0.00 |
| Acct. No. 005648948<br><br>LTD Financial Services, L.P.<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX   77074 | | | 2003<br><br>Collection agent for Advantage Assets II, Inc. - Acct. No. M21 4313035999040199 | | | | $2,985.12 |

|  | Subtotal this page | $2,985.12 |
|---|---|---|

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  8 - 13**

In re   WILLIAM L. TOWNSEND,          Case No.
NANCY T. TOWNSEND,

                      Debtor(s).          Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 005166673<br><br>LTD Financial Services, L.P.<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX  77074 | | | 2002<br><br>Collection agent for Citibank Business Card #CB3<br>5588008001096009 | | | | $6,573.33 |
| Acct. No. 1001111086<br><br>Management Services Inc.<br>P.O. Box 1099<br>Langhorne, PA  19047 | | | NOTICE PURPOSE ONLY.<br>Collection agent for Household Bank SB, NA - Acct. No. 5499453950012730.  Amount listed elsewhere on this Schedule F. | | | | $   0.00 |
| Acct. No. 4313 0353 1304 7409<br><br>MBNA America<br>P.O. Box 15026<br>Wilmington, DE  19850-5026 | | | | | | | $2,618.74 |
| Acct. No. 749 81055 627 709<br><br>MBNA America<br>P.O. Box 15027<br>Wilmington, DE  19850 | | W | | | | | $1,240.82 |
| Acct. No. 5474-9756-0085-9168<br><br>MBNA Platinum Plus for Business<br>P.O. Box 15463<br>Wilmington, DE  19850-5463 | | | 2002-2003 | | | | $14,981.88 |
| | | | Subtotal this page | | | | **$25,414.77** |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  9 - 13**

In re    WILLIAM L. TOWNSEND,                    Case No.
NANCY T. TOWNSEND,

                        Debtor(s).              Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J or c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 6022-2033-8009-3103<br><br>MCC / BG<br>P.O. Box 103042<br>Roswell, GA  30076-9042 | | W | Walmart Account | | | | $ 300.00 |
| Acct. No. F4605585<br><br>Northland Group, Inc.<br>P.O. Box 390905 - Mail Code CBK1<br>Edina, MN  55439 | | W | Collection agent for Citibank (South Dakota), N.A. Acct. #5424180140304970 | | | | $9,678.92 |
| Acct. No. 1611628<br><br>Northwest Airlines Credit Union<br>14985 Glazier Avenue<br>Apple Valley, MN 55124-9822 | | | Line of credit account | | | | $8,500.00 |
| Acct. No. 4432 1008 8018 9657<br><br>NWA Federal Credit Union<br>14985 Glazier Ave.<br>Apple Valley, MN  55124-9822 | | W | Visa account | | | | $4,561.84 |
| Acct. No. 5418-2750-0145-8796<br><br>Providian<br>P.O. Box 9016<br>Pleasanton, CA  94566-9016 | | | Mastercard | | | | $3,331.45 |
| Acct. No. 5413 2750 0145 8796<br><br>Providian Customer Service<br>P.O. Box 660509<br>Dallas, TX  75266-0509 | | | | | | | $3,331.75 |

Subtotal this page    **$29,703.96**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  10 - 13**

In re    WILLIAM L. TOWNSEND,                         Case No.
NANCY T. TOWNSEND,
                           Debtor(s).                         Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 9264-8982-73<br><br>Retailers National Bank<br>P.O. Box 59317<br>Minneapolis, MN  55459 | | W | Target account | | | | $ 200.00 |
| Acct. No. 802218<br><br>Sallie Mae Servicing<br>P.O. Box 4700<br>Wilkes-Barre, PA  18773-4700 | | | Student loan for Eric W. Townsend | | | | $22,000.00 |
| Acct. No. 77-2135-947-355-0<br><br>Sams Club<br>P.O. Box 105980, Dept. 17<br>Atlanta, GA  19850 | | | | | | | $ 400.00 |
| Acct. No. 0152563-959542<br><br>Sears Customer Relations<br>3333 Beverly Road<br>Hoffman Estates, IL  60179 | | | | | | | $ 153.00 |
| Acct. No. 252-024-203<br><br>Shell Credit Card Center<br>P.O. Box 9151<br>Des Moines, IA  50368-9151 | | W | Gas credit card | | | | $ 378.62 |

Subtotal this page                         $23,131.62

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  11 - 13**

In re   WILLIAM L. TOWNSEND,                     Case No.
NANCY T. TOWNSEND,
                           Debtor(s).             Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJorC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 25080008793500000034<br><br>U.S. Bank<br>555 SW Oak, Suite 220<br>Portland, OR  97204 | | | commercial loan for Townsend Drywall | | | | $36,570.52 |
| Acct. No. 04979200<br><br>United Recovery Systems<br>5800 North Course Drive<br>Houston, TX  77072 | | | NOTICE PURPOSE ONLY.<br>Collection agent for Capital One Account No. 4791241549315633. Amount listed elsewhere on this Schedule F. | | | | $    0.00 |
| Acct. No. 04837314<br><br>United Recovery Systems, Inc.<br>5800 North Course Drive<br>Houston, TX  77072 | | | NOTICE PURPOSE ONLY.<br>Collection agent for American Express Co. Acct. No. 371540103291007.  Amount listed elsewhere on this Schedule F. | | | | $    0.00 |

**Subtotal this page**                    **$36,570.52**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS 12 - 13**

In re    WILLIAM L. TOWNSEND,    Case No.
NANCY T. TOWNSEND,

Debtor(s).    Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 04837314<br><br>United Recovery Systems, Inc.<br>5800 North Course Drive<br>Houston, TX  77072 | | | NOTICE PURPOSE ONLY. Collection agent for American Express Co., Account No. 371540103291007.  Amount listed elsewhere on this Schedule F. | | | | $    0.00 |
| Acct. No. 002603408-03-0000<br><br>Valentine & Kebartas, Inc.<br>P.O. Box 325<br>Lawrence, MA  01842 | | | NOTICE PURPOSE ONLY. Collection agent for Bank One Card Services.  Amount listed elsewhere on this Schedule F. | | | | $    0.00 |
| Acct. No.<br><br>Vanderberg Ambulance<br>8040 West 185th Street<br>Tinley Park, IL  60477 | | | 2/8/2002<br><br>Blackhawk Medical Transport | | | | $ 360.55 |

Subtotal this page    $ 360.55

TOTAL    $362,549.16

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  13 - 13**

In re    WILLIAM L. TOWNSEND,                          Case No.
NANCY T. TOWNSEND,
                          Debtor(s).                   Chapter 7

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| None. | |

In re   WILLIAM L. TOWNSEND,                          Case No.
NANCY T. TOWNSEND,
                              Debtor(s).              Chapter 7

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case, should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| None. | |

**SCHEDULE H - CODEBTORS 1 - 1**

In re      WILLIAM L. TOWNSEND,                          Case No.
NANCY T. TOWNSEND,
             Debtor(s).                          Chapter 7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 26 sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: _8/9/04_          Signature _William L. Townsend_
                                   **WILLIAM L. TOWNSEND, Debtor**

Date: _8-09-04_          Signature _Nancy T. Townsend_
                                   **NANCY T. TOWNSEND, Joint Debtor**
                                   (If joint case, both spouses must sign)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  [the president or other officer or an authorized agent of the partnership] of the entity named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 1 sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: _____          by
                                    Signature _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. 4,6 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or typed name of Bankruptcy Petition Preparer

_____
Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18 U.S.C. Sec. 156.*

*Penalty for making a false statement or concealing property.*
*Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. Secs. 152 and 3571.*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re

**WILLIAM L. TOWNSEND,**

**Case No.**

**NANCY T. TOWNSEND,**

**Debtor(s).**

**Address**
**857 WILLOWBROOK DRIVE**
**WHEELING, IL 60090**
**857 WILLOWBROOK DRIVE**
**WHEELING, IL 60090**

**Chapter 7**

**Social Security No(s).**
**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, 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**
**Employer's Tax Identification Nos. [if any]**
**None.**

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property to be surrendered.*

   **Description of Property**                    **Creditor's name**

**INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION  1 - 3**

In re   **WILLIAM L. TOWNSEND,**                                                      **Case No.**
NANCY T. TOWNSEND,

                              **Debtor(s).**                           **Chapter 7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### (continuation sheet)

**b.** *Property to be retained*                          *(Check any applicable statement.)*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. Sec. 722 | Debt will be reaffirmed pursuant to 11 U.S.C. Sec. 524(c) |
|---|---|---|---|---|
| 2001 Chevy Silverado Pickup Truck | Chase Manhattan Bank | | | X |
| 1998 Jeep Grand Cherokee | Chase Manhattan Bank | | | X |
| 1999 Subaru Elantra | Harris Bank Barrington NA | | | X |

**INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION 2 - 3**

In re   WILLIAM L. TOWNSEND,                                    Case No.
NANCY T. TOWNSEND,
                              Debtor(s).              Chapter 7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(continuation sheet)

Date:  _8/9/04_                    _William L. Townsend_
                                   WILLIAM L. TOWNSEND,
                                   Signature of Debtor

Date:  _5 - 09 - 04_              _Nancy T. Townsend_
                                   NANCY T. TOWNSEND,
                                   Signature of Joint Debtor

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. Sec. 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
**Printed or typed name of Bankruptcy Petition Preparer**          **Social Security No.**

_____
**Address**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
**Signature of Bankruptcy Petition Preparer**                      **Date**

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. Sec. 110 and 18 U.S.C. Sec. 156.*

**INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION 3-3**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re   **WILLIAM L. TOWNSEND,**                    Case No.
**NANCY T. TOWNSEND,**

                              Debtor(s).                    Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In Business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. Sec. 101.

### 1. Income from employment or operation of business

None     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the
         beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding
         this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year
         income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately (Married
         debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated
         and a joint petition is not filed.).

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $46,250.00 | 2004 YTD wages (approx.) |
| $84,000.00 | 2003 wages (approx.) |
| $84,000.00 | 2002 wages (approx.) |

### 2. Income other than from employment or operation of business

None     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two
☑        years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately.
         (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| n/a | |

STATEMENT OF FINANCIAL AFFAIRS  1 - 12

In re    WILLIAM L. TOWNSEND,                    Case No.
NANCY T. TOWNSEND,

                    Debtor(s).                    Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 3. Payments to creditors

None    3.a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Mortgage and regular bills paid as they come due. | | | |

None    3.b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were
☑    insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| n/a | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None    4.a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the commencement of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Citibank vs. Townsend 03 M1 147853 | | Cook County, Illinois | Judgment $11,101.12 |
| Discover Bank vs. Acoustic Townsend 03 M1 169822 | | Municipal Dept., 1st District Cook County, Illinois | Judgment $12,701.65 |
| Cavalry Portfolio et al. vs. William Townsend et al. 04 M1 135195 | Advanta | Municipal, 1st District Cook County, Illinois | pending |

None    4.b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the
☑    commencement of this case.

**STATEMENT OF FINANCIAL AFFAIRS  2 - 12**

In re    WILLIAM L. TOWNSEND,                         Case No.
NANCY T. TOWNSEND,
                              Debtor(s).              Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

### 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

### 6. Assignments and receiverships

None ☑  6.a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| n/a | | |

None ☑  6.b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| n/a | | | |

**STATEMENT OF FINANCIAL AFFAIRS  3 - 12**

In re   WILLIAM L. TOWNSEND,     Case No.
NANCY T. TOWNSEND,

                    Debtor(s).          Chapter 7

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| n/a | | | |

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| n/a | | |

### 9. Payments related to debt counseling or bankruptcy

None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy with one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Law Office of Douglas W. Worrell, Chtd. 1301 S. Grove Avenue, Suite 160, Barrington, IL  60010 | ☐ | |
| | | $1,100.00 |

**STATEMENT OF FINANCIAL AFFAIRS  4 - 12**

In re    WILLIAM L. TOWNSEND,                              Case No.
NANCY T. TOWNSEND,
                        Debtor(s).              Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 10. Other transfers

None ☑   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| n/a | | |

### 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| n/a | | |

### 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| n/a | | | |

### 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| n/a | | |

In re    WILLIAM L. TOWNSEND,                     Case No.
NANCY T. TOWNSEND,
                          Debtor(s).                        Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 14. Property held for another person

None    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Eric Townsend (debtors' son) | 1999 Subaru Elantra | |

### 15. Prior address of debtor

None ☑    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| n/a | | |

### 16. Spouses and Former Spouses

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six- year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

n/a

**STATEMENT OF FINANCIAL AFFAIRS  6 - 12**

**In re**   **WILLIAM L. TOWNSEND,**                      **Case No.**
**NANCY T. TOWNSEND,**
                              **Debtor(s).**                    **Chapter 7**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None   17.a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially
☑     liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None   17.b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the
☑     governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None   17.c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was
☑     a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

**STATEMENT OF FINANCIAL AFFAIRS  7 - 12**

In re    WILLIAM L. TOWNSEND,                          Case No.
NANCY T. TOWNSEND,
                           Debtor(s).                  Chapter 7

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 18. Nature, location and name of business

None    18a.
        If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and ending dates of all businesses in
        which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed
        professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or
        equity securities within the six years immediately preceding commencement of this case.

        If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all
        businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the
        commencement of this case.

        If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all
        businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the
        commencement of this case.

| NAME | TAXPAYER ID NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|---|
| Townsend Drywall and Acoustics, Inc. - William Townsend owned 100% stock; Insolvent - out of business 12/2002 | | | | |

None    18.b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the
following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a
corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business. as
defined above. within the six years immediately preceding the commencement of this case. A debtor who has not been in
business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements
None    19.a.  List all bookkeepers and accountants who, within the two years immediately preceding the commencement of this bankruptcy case, kept or
☑             supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| n/a | |

**STATEMENT OF FINANCIAL AFFAIRS  8 - 12**

In re    WILLIAM L. TOWNSEND,                                   Case No.
NANCY T. TOWNSEND,
                          Debtor(s).                           Chapter 7

# STATEMENT OF FINANCIAL AFFAIRS
## (Continuation Sheet)

None ☑    19.b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATE SERVICES RENDERED |
|------|---------|------------------------|
| n/a | | |

None ☑    19.c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| n/a | |

None    19.d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| 2nd mortgage - Homecomings | 4/2002 |

## 20. Inventories

None ☑    20.a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY | SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|-------------------|-----------|------------|-------------------------------------------------------------------|
| n/a | | | |

None ☑    20.b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| n/a | |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    21.a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

In re    WILLIAM L. TOWNSEND,                          Case No.
NANCY T. TOWNSEND,
                                        Debtor(s).                    Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| n/a | | |

None ☑   21.b  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| n/a | | |

### 22. Former partners, officers, directors and shareholders

None ☑   22.a  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| n/a | | |

None ☑   22.b  If the debtor is a corporation, list all officers, or directors whose relationships with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| n/a | | |

### 23. Withdrawals from a partnership or distribution by a corporation

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

### 24. Tax Consolidation Group

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

**STATEMENT OF FINANCIAL AFFAIRS  10 - 12**

In re    **WILLIAM L. TOWNSEND,**                    Case No.
**NANCY T. TOWNSEND,**
                          **Debtor(s).**                    **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER

n/a

---

### 25. Pension Funds

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been
☑    responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER

n/a

---

\*    \*    \*    \*    \*

In re    WILLIAM L. TOWNSEND,                    Case No.
NANCY T. TOWNSEND,
                        Debtor(s).              Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

*[If completed an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date_____8/9/04_____              *William L. Townsend*
                                    WILLIAM L. TOWNSEND
                                    **Signature of Debtor**

Date_____8-09-04_____             *Nancy T. Townsend*
                                    NANCY T. TOWNSEND
                                    **Signature of Joint Debtor** (if any)

*[If completed on behalf of a partnership or corporation]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date_____        by    _____
                                    **Signature**

_____    *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*    _____

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. Sec. 110)
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or typed name of Bankruptcy Petition Preparer        Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18 U.S.C. Sec. 156.*
*Penalty for making a false statement:*
*Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.*

**STATEMENT OF FINANCIAL AFFAIRS** 12 - 12

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re

WILLIAM L. TOWNSEND,

NANCY T. TOWNSEND,                          Case No.

                        Debtor(s).

Address
857 WILLOWBROOK DRIVE
WHEELING, IL 60090
857 WILLOWBROOK DRIVE
WHEELING, IL 60090                          Chapter 7

Social Security No(s).
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, 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
Employer's Tax Identification Nos. [if any]
None.

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. Sec. 329(a) and Fed. R. Bankr. P.
     2016(b), I certify that I am the attorney for the above-
     named debtor(s) and that compensation paid to me within one
     year before the filing of the petition in bankruptcy, or
     agreed to be paid to me, for services rendered or to be
     rendered on behalf of the debtor(s) in contemplation of or
     in connection with the bankruptcy case is as follows:
     For legal services, I have agreed to accept $ $1,100.00
     Prior to the filing of this statement

          I have received..............$ $1,100.00

          Balance Due..................$ $0.00

2.   The source of the compensation paid to me was:

     ☑ Debtor

3.   The source of compensation to be paid me is:

     ☑ Debtor

DISCLOSURE OF COMPENSATION 1-3

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.   [Other provisions as needed]:   None.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:  representation of the debtor in adversary proceedings and other contested bankruptcy matters.

**CERTIFICATION**

**DISCLOSURE OF COMPENSATION 2-3**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_8/9/04_
*Date*

*[signature]*

DOUGLAS W. WORRELL,
*Attorney for Debtor(s)*

LAW OFFICE OF DOUGLAS W. WORRELL, CHTD.

*Name of Law Firm*

**DISCLOSURE OF COMPENSATION 3-3**

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

## *INTRODUCTION*

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of:

1. the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;

2. the effect of receiving a discharge of debts;

3. the effect of reaffirming a debt; and

4. your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## *WHAT IS A DISCHARGE?*

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may **not** be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

## *WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?*

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

## *WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?*

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged

1

in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary -- they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order **or** within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## *OTHER BANKRUPTCY OPTIONS*

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

*William L. Townsend*                 Date: _3/9/04_

*Nancy F. Townsend*                   Date: _5-09-04_

Form B 21 Official Form 21
(12/03)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

### STATEMENT OF SOCIAL SECURITY NUMBER(S)

I .Name of Debtor (enter Last, First. Middle): _William L. Townsend_

*(Check the appropriate box and, if applicable, provide the required information.)*

☒  Debtor Social Security Number is: _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_

☐  Debtor does not have a Social Security Number.

2.Name of Joint Debtor (enter Last, First, Middle): _NANCY L. TOWNSEND_

*(Check the appropriate box and, if applicable, provide the required information.)*

☒  Joint Debtor Social Security Number is: _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_

☐  Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

x _William L. Townsend_                        _8/9/04_
     Signature of Debtor                              Date

x _Nancy T. Townsend_                          _8-09-04_
     Signature of Joint Debtor                        Date

*Joint debtors must Provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.