## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| William and Nancy Townsend, | ) | Case No. 04-29870 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

### TRUSTEE'S FINAL REPORT

Ronald R. Peterson, not individually but as Trustee for William and Nancy Townsend (the "Debtor"), respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. § 704(9), and states:

1.      The Petition commencing this case was filed on August 11, 2004. Ronald R. Peterson was appointed Trustee on August 11, 2004. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of the estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of January 31, 2007 is as

follows:

| | | |
|---|---|---|
| (a) | RECEIPTS (see Exhibit C): | $355,387.32 |
| (b) | DISBURSEMENTS (see Exhibit C): | $326,329.13 |
| (c) | NET CASH available for distribution: | $29,058.19 |
| (d) | TRUSTEE/PROFESSIONAL COSTS: | |

| | | | |
|---|---|---|---|
| | i) | Trustee's compensation requested (See Exhibit E) | |
| | | Fee | $14,769.37 |
| | | Expenses | $114.49 |
| | ii) | Compensation requested by Trustee's attorney (See Exhibit F) | |
| | | Fee | $14,708.50 |
| | | Expenses | $1,183.23 |

5.    The Bar Date for filing unsecured claims expired on March 14, 2005.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have

been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed

and/or requested for this estate is as follows:

| | | |
|---|---|---|
| (a) | Allowed unpaid secured claims | $0.00 |
| (b) | Chapter 7 administrative and 28 U.S.C. § 1930 claims | 30,775.59 |
| (c) | Allowed Chapter 11 administrative claims | 0.00 |
| (d) | Allowed priority claims | 0.00 |
| (e) | Allowed unsecured claims | 247,699.33 |

7.    The Trustee proposes that unsecured creditors receive a distribution of

2.235153% of allowed claims.

8.    Total compensation previously awarded to Trustee's counsel, accountant

or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's

compensation requested but not yet allowed is $14,708.50. The total of Chapter 7 professional

fees and expenses requested for final allowance is $15,891.73 (See Exhibit G).

9.     A fee of $1,100.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. § 329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§ 330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully submitted,

_____*/s/ Ronald R. Peterson*_____
RONALD R. PETERSON, not individually but
as Trustee for William and Nancy Townsend

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:    (312) 923-2981
FAX:  (312) 840-7381

Dated: February 23, 2007

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved.  Major tasks are summarized in paragraph form below.)

A.   Conducted Meeting of Creditors Pursuant to 11 U.S.C. § 341; Discovery regarding recovery of assets.

B.   Sold tangible assets and answered creditor inquiries.

C.   Reviewed and analyzed all of the claims filed and prepared Distribution Report.

D.   Prepared Trustee's Final Report, Final Account and Discharge of Trustee, and all required interim reports.

**EXHIBIT A - PAGE 1**

## DISPOSITION OF ESTATE PROPERTY

### (SEE ATTACHED FORM 1)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Ver. 11.80

Case No.: 04-29870   SPS   Judge: SUSAN PIERSON SONDERBY
Case Name: TOWNSEND, WILLIAM L
TOWNSEND, NANCY T
For Period Ending: 02/14/07

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 08/11/04 (f)
341(a) Meeting Date: 09/22/04
Claims Bar Date: 03/09/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence at 857 Willowbrook Dr., Wheeling, IL | 340,000.00 | 84,000.00 | | 353,000.00 | 0.00 |
| 2. Timeshare, Hilton, Orlando, FL | 4,500.00 | 2,000.00 | | 2,000.00 | 0.00 |
| 3. Cash on hand | 20.00 | 0.00 | | 0.00 | 0.00 |
| 4. Checking account at Corus Bank | 50.00 | 0.00 | | 0.00 | 0.00 |
| 5. Deposit with Northwest Airlines Credit Union | 50.00 | 0.00 | | 0.00 | 0.00 |
| 6. Misc. & customary household goods/furnishings | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. Miscellaneous books | 200.00 | 0.00 | | 0.00 | 0.00 |
| 8. Miscellaneous clothing | 300.00 | 0.00 | | 0.00 | 0.00 |
| 9. Misc. costume and dress jewelry | 200.00 | 0.00 | | 0.00 | 0.00 |
| 10. NWA group term policy | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. Globe Life Insurance (son) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. Jackson National Life Insurance | 3,175.05 | 0.00 | | 0.00 | 0.00 |
| 13. 401K, NWA | 8,899.25 | 0.00 | | 0.00 | 0.00 |
| 14. NWA defined pension plan | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. Carpenters Union defined pension plan | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. Townsend & Accousties, Inc. (dissolved/insolvent) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. Townsend account receivable | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. 2001 Chevrolet Silverado pickup | 7,200.00 | 0.00 | | 0.00 | 0.00 |
| 19. 1998 Jeep Grand Cherokee TSI | 7,000.00 | 0.00 | | 0.00 | 0.00 |
| 20. 1999 Subaru (son's car titled in Nancy Townsend) | 7,700.00 | 0.00 | | 0.00 | 0.00 |
| 21. Tools & equipment for drywall business | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 387.32 | Unknown |
| TOTALS (Excluding Unknown Values) | $ 384,294.30 | $ 86,000.00 | | $ 355,387.32 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

LFORM1

## RECEIPTS AND DISBURSEMENTS

**(SEE ATTACHED FORM 2)**
**Include Notice Fixing Time for Filing Claims With Service List**

**EXHIBIT C - PAGE 1**

Ver: 11.80

Page:    2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:    04-29870    SPS    Judge: SUSAN PIERSON SONDERBY
Case Name:    TOWNSEND, WILLIAM L
TOWNSEND, NANCY T

Trustee Name:    RONALD R. PETERSON
Date Filed (f) or Converted (c):    08/11/04 (f)
341(a) Meeting Date:    09/22/04
Claims Bar Date:    03/09/05

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is completing settlement with Hilton Grand Vacation.

Initial Projected Date of Final Report (TFR): 12/31/05    Current Projected Date of Final Report (TFR): 12/31/07

LFORM1

## RECEIPTS AND DISBURSEMENTS

**(SEE ATTACHED FORM 2)**
**Include Notice Fixing Time for Filing Claims With Service List**

**EXHIBIT C - PAGE 1**

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-29870 -SPS
Case Name: TOWNSEND, WILLIAM L
TOWNSEND, NANCY T
Taxpayer ID No: *******1794
For Period Ending: 02/14/07

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******3238 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | | 0.00 |
| 11/09/04 | 1 | Dmitri Konovalou | Sales real estate | | | | | |
| | | DMITRI KONOVALOU | Memo Amount: | 353,000.00 | 1110-000 | 318,018.88 | | 318,018.88 |
| | | | Gross selling price | | | | | |
| | | COLDWELL BANKER | Memo Amount: ( | 24,935.00 ) | 3510-000 | | | |
| | | | Broker's commission | | | | | |
| | | CHICAGO TITLE & TRUST | Memo Amount: ( | 1,110.00 ) | 2500-000 | | | |
| | | | Title insurance | | | | | |
| | | CHICAGO TITLE & TRUST | Memo Amount: ( | 35.00 ) | 2500-000 | | | |
| | | | Tax payment fee | | | | | |
| | | COOK COUNTY | Memo Amount: ( | 176.50 ) | 2820-000 | | | |
| | | | County stamp tax | | | | | |
| | | STATE OF ILLINOIS | Memo Amount: ( | 353.00 ) | 2820-000 | | | |
| | | | State stamp tax | | | | | |
| | | STATE OF ILLINOIS | Memo Amount: ( | 3.00 ) | 2820-000 | | | |
| | | | Registration fee | | | | | |
| | | LANDMARK SURVEY | Memo Amount: ( | 500.00 ) | 2500-000 | | | |
| | | | Survey fee | | | | | |
| | | COOK COUNTY | Memo Amount: ( | 6,743.62 ) | 2820-000 | | | |
| | | | Real estate tax | | | | | |
| | | DEBTOR | Memo Amount: ( | 1,100.00 ) | 2500-000 | | | |
| | | | Inspection fee credit | | | | | |
| | | CHICAGO TITLE & TRUST | Memo Amount: ( | 25.00 ) | 2500-000 | | | |
| | | | Wire transfer fee | | | | | |
| 11/12/04 | | Transfer to Acct #******3254 | Bank Funds Transfer | | 9999-000 | | 276,200.00 | 41,818.88 |
| 11/17/04 | | Transfer to Acct #******3254 | Bank Funds Transfer | | 9999-000 | | 15,300.00 | 26,518.88 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | 1270-000 | 3.32 | | 26,522.20 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | 1270-000 | 2.25 | | 26,524.45 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | 1270-000 | 2.25 | | 26,526.70 |
| | | | Page Subtotals | | | 318,026.70 | 291,500.00 | |

Ver: 11.80

LFORM24

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-29870 -SPS
Case Name: TOWNSEND, WILLIAM L
TOWNSEND, NANCY T
Taxpayer ID No: *******1794
For Period Ending: 02/14/07

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******2238 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.09 | | 26,531.79 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.63 | | 26,537.42 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.45 | | 26,542.87 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.64 | | 26,548.51 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.46 | | 26,553.97 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.63 | | 26,559.60 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.54 | | 26,573.14 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.10 | | 26,586.24 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.55 | | 26,599.79 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.12 | | 26,612.91 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.55 | | 26,626.46 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 13.58 | | 26,640.04 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.98 | | 26,659.02 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.64 | | 26,681.66 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.93 | | 26,703.59 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.68 | | 26,726.27 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.97 | | 26,748.24 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.72 | | 26,770.96 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.74 | | 26,793.70 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.02 | | 26,815.72 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.78 | | 26,838.50 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.06 | | 26,860.56 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.81 | | 26,883.37 |
| 01/29/07 | 2 | Hilton Grand Vacations Co. | Settlement proceeds | 1149-000 | 2,000.00 | | 28,883.37 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.83 | | 28,906.20 |

Page Subtotals: 2,379.50     0.00

Ver: 11.80

LFFORM24

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No:            04-29870 -SPS
Case Name:          TOWNSEND, WILLIAM L
                    TOWNSEND, NANCY T

Taxpayer ID No:     *******1794
For Period Ending:  02/14/07

Trustee Name:         RONALD R. PETERSON
Bank Name:            BANK OF AMERICA, N.A.
Account Number / CD #: ******3238  BofA - Money Market Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 320,406.20 | 291,500.00 | 28,906.20 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 291,500.00 | |
| | | | Subtotal | | 320,406.20 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 320,406.20 | 0.00 | |

Memo Allocation Receipts:        353,000.00
Memo Allocation Disbursements:    34,981.12

Memo Allocation Net:             318,018.88

Page Subtotals        0.00        0.00

Ver: 11.80

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Case No:            04-29870 -SPS
Case Name:          TOWNSEND, WILLIAM L
                    TOWNSEND, NANCY T
Taxpayer ID No:     *******1794
For Period Ending:  02/14/07

Trustee Name:             RONALD R. PETERSON
Bank Name:                BANK OF AMERICA, N.A.
Account Number / CD #:    ******2254  BofA - Checking Account
Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/04 | | Transfer from Acct #*******3238 | Bank Funds Transfer | 9999-000 | 276,200.00 | | 276,200.00 |
| 11/12/04 | 003001 | Homecomings Financial 888 South Greenville Avenue Suite 200 Richardson, TX 75081-5045 | Mortgage payoff - Loan # 043426106 Mortgagor - Nancy T. and William L. Townsend | 4110-000 | | 276,108.01 | 91.99 |
| 11/17/04 | | Transfer from Acct #*******3238 | Bank Funds Transfer | 9999-000 | 15,300.00 | | 15,391.99 |
| 11/17/04 | 003002 | William L. Townsend | Homestead exemption | 8100-002 | | 7,500.00 | 7,891.99 |
| 11/17/04 | 003003 | Nancy T. Townsend | Homestead exemption | 8100-002 | | 7,500.00 | 391.99 |
| 11/17/04 | 003004 | Douglas W. Worrell, Chtd. | Reimbursement for title search fee advanced | 2500-000 | | 240.00 | 151.99 |

|  | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|
| COLUMN TOTALS | | 291,500.00 | 291,348.01 | 151.99 |
| Less: Bank Transfers/CD's | | 291,500.00 | 0.00 | |
| Subtotal | | 0.00 | 291,348.01 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| Net | | 0.00 | 276,348.01 | |

Memo Allocation Receipts:        0.00
Memo Allocation Disbursements:   0.00
Memo Allocation Net:             0.00

Total Allocation Receipts:       353,000.00
Total Allocation Disbursements:   34,981.12
Total Memo Allocation Net:       318,018.88

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSEMENTS |
|---|---|---|
| BofA - Money Market Account - *******3238 | 320,406.20 | 0.00 |
| BofA - Checking Account - *******3254 | 0.00 | 276,348.01 |
| | 320,406.20 | 276,348.01 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) |

Total Funds On Hand

Page Subtotals:        291,500.00        291,348.01

Ver: 11.80

LFORM24

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| William and Nancy Townsend, | ) | Case No. 04-29870 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**PROPOSED DISTRIBUTION REPORT**

      I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed

with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that

based on my review I propose to make the following distributions.

**SUMMARY OF DISTRIBUTION**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $23,558.19 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | 5,500.00 |
| Other: | 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $29,058.19 |

**EXHIBIT D - PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 76.548297% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $30,775.59 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee<br>  Fees<br>  Expenses | <br>14,769.37<br>114.49 | <br>11,305.70<br>87.64 |
| | Jenner & Block<br>  Fees<br>  Expenses | <br>14,708.50<br>1,183.23 | <br>11,259.11<br>905.74 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

**EXHIBIT D - PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

**EXHIBIT D - PAGE 3**

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 724(b) - Tax liens | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |
| | | | |

**EXHIBIT D - PAGE 4**

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 2.220434% |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $247,699.33 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Cavalry Portfolio Services LLC c/o Kevin M. Kelly, P.C. 10 East 22nd Street, #216 Lombard, IL 60148 | $53,472.46 | $1,187.32 |
| 2 | Citibank (South Dakots), N.A. Assoc. Shell Payment Center Acct. No. 252024203 4300 Westown Parkway West Des Moines, IA 50266 | 367.99 | 8.17 |
| 3 | Sallie Mae, Inc. Acct. No. xxx-xx-9280 220 Lasley Avenue Wilkes-Barre, PA 18706 | 17,503.53 | 388.65 |
| 4 | American Express Bank, FSB Acct. No. ***********1003 c/o Becket & Lee LLP P.O. Box 3001 Malvern, PA 19355-0701 | 6,852.44 | 152.15 |
| 5 | American Express Bank, FSB Acct. No. ***********1007 c/o Becket & Lee LLP P.O. Box 3001 Malvern, PA 19355-0701 | 15,668.68 | 347.91 |
| 6 | Citibank (South Dakota), N.A. Assoc./RP Amoco Payment Center Acct. No. 5001059327 4300 Westown Parkway West Des Moines, IA 50266 | 595.18 | 13.22 |
| 7 | U.S. Bank Acct. No. 25080008793500000034 555 SW Oak, #220 Portland, OR 97204-1724 | 35,000 | 777.15 |

**EXHIBIT D - PAGE 5**

| | | | |
|---|---|---|---|
| 8 | Discover Bank Financial Services<br>Acct. No. 6011007610233149<br>P.O. Box 8003<br>Hilliard, OH  43026 | 11,579.32 | 257.11 |
| 9 | Discover Bank Financial Services<br>Acct. No. 6011007563502870<br>P.O. Box 8003<br>Hilliard, OH  43026 | 11,483.15 | 254.98 |
| 10 | Discover Bank Financial Services<br>Acct. No. 6011007110183554<br>P.O. Box 8003<br>Hilliard, OH  43026 | 11,289.27 | 250.67 |
| 11 | Law Offices of Chill, Chill &<br>Radtke, P.C.<br>20 N. Clark Street, #1425<br>Chicago, IL  60602 | 3,000.00 | 66.61 |
| 12 | Citibank, N.A.<br>Citibank/CHOICE<br>Acct. No. 5424180140304970<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | 9,926.87 | 220.42 |
| 13 | Citibank, N.A.<br>Citibank/CHOICE<br>Acct. No. 5410654432912811<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | 10,174.19 | 225.91 |
| 14 | Wings Financial FCU<br>Acct. No. 4432100880189657<br>14985 Glazier Avenue, #100<br>Apple Valley, MN  55124-7484 | 4,917.92 | 109.20 |
| 15 | Wings Financial FCU<br>Acct. No. 1611628<br>14985 Glazier Avenue, #100<br>Apple Valley, MN  55124-7484 | 8,500.00 | 188.74 |

**EXHIBIT D - PAGE 6**

| 16 | Monogram Credit Card Bank of Georgia, d/b/a Mobil CNSMR Prog. 01271<br>Acct. No. ************4363<br>Recovery Management Systems Corporation<br>23 SE 2nd Avenue, #1120<br>Miami, FL  33131 | 195.92 | 4.35 |
|---|---|---|---|
| 17 | Kohl's Department Store<br>Acct. No. 0179213228<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX  75374 | 256.35 | 5.69 |
| 18 | Citibank, N.A.<br>Acct. No. 5588008001096009<br>Citibank/CHOICE<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | 6,573.33 | 145.96 |
| 19 | Chase Manhattan Bank USA, NA<br>Acct. No. ************6235<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, #900<br>Seattle, WA  98121 | 26,099.30 | 579.52 |
| 20 | Monogram Credit Card Bank of Georgia d/b/a Wal-Mart<br>Acct. No.************3103<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, #1120<br>Miami, FL  33131 | 533.16 | 11.84 |
| 21 | Federated Financial Corporation of America<br>Acct. No. 5474975600859168<br>P.O. Box 2034<br>Farmington Hills, MI  48333-2034 | 13,710.27 | 304.43 |

**EXHIBIT D - PAGE 7**

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(3) - Late unsecured claims | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(4) -Fines/Penalties | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(5) - Interest | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A | | | | |

**EXHIBIT D - PAGE 8**

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: February 23, 2007

/s/ Ronald R. Peterson
Ronald R. Peterson, Trustee

**EXHIBIT D - PAGE 9**