**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| William and Nancy Townsend, | ) | Case No. 04-29870 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
<u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   United States Bankruptcy Court
          219 South Dearborn Street
          Courtroom 642
          Chicago, Illinois 60604

    On:   **July 18, 2007** Time **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    a. Receipts                              $355,387.32
    b. Disbursements                         $326,329.13
    c. Net Cash Available for Distribution   $ 29,058.19

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| <u>Ronald R. Peterson</u><br>Trustee | $0.00 | $14,769.37 | $114.49 |
| <u>Jenner & Block</u><br>Attorney/Trustee | $0.00 | $14,708.50 | $1,183.23 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $247,699.33 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.220434%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Cavalry Portfolio Services LLC<br>c/o Kevin M. Kelly, P.C.<br>10 East 22nd Street, #216<br>Lombard, IL  60148 | $53,472.46 | $1,187.32 |
| 2 | Citibank (South Dakots), N.A.<br>Assoc. Shell Payment Center<br>Acct. No. 252024203<br>4300 Westown Parkway<br>West Des Moines, IA  50266 | 367.99 | 8.17 |
| 3 | Sallie Mae, Inc.<br>Acct. No. xxx-xx-9280<br>220 Lasley Avenue<br>Wilkes-Barre, PA  18706 | 17,503.53 | 388.65 |
| 4 | American Express Bank, FSB<br>Acct. No. ************1003<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | 6,852.44 | 152.15 |

| | | | |
|---|---|---|---|
| 5 | American Express Bank, FSB<br>Acct. No. ************1007<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | 15,668.68 | 347.91 |
| 6 | Citibank (South Dakota), N.A.<br>Assoc./RP Amoco Payment Center<br>Acct. No. 5001059327<br>4300 Westown Parkway<br>West Des Moines, IA  50266 | 595.18 | 13.22 |
| 7 | U.S. Bank<br>Acct. No. 25080008793500000034<br>555 SW Oak, #220<br>Portland, OR  97204-1724 | 35,000 | 777.15 |
| 8 | Discover Bank Financial Services<br>Acct. No. 6011007610233149<br>P.O. Box 8003<br>Hilliard, OH  43026 | 11,579.32 | 257.11 |
| 9 | Discover Bank Financial Services<br>Acct. No. 6011007563502870<br>P.O. Box 8003<br>Hilliard, OH  43026 | 11,483.15 | 254.98 |
| 10 | Discover Bank Financial Services<br>Acct. No. 6011007110183554<br>P.O. Box 8003<br>Hilliard, OH  43026 | 11,289.27 | 250.67 |
| 11 | Law Offices of Chill, Chill &<br>Radtke, P.C.<br>20 N. Clark Street, #1425<br>Chicago, IL  60602 | 3,000.00 | 66.61 |
| 12 | Citibank, N.A.<br>Citibank/CHOICE<br>Acct. No. 5424180140304970<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | 9,926.87 | 220.42 |
| 13 | Citibank, N.A.<br>Citibank/CHOICE<br>Acct. No. 5410654432912811<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | 10,174.19 | 225.91 |
| 14 | Wings Financial FCU<br>Acct. No. 4432100880180657 | 4,917.92 | 109.20 |

| | | | |
|---|---|---:|---:|
| | Acct. No. 4432100880189657
14985 Glazier Avenue, #100
Apple Valley, MN  55124-7484 | | |
| 15 | Wings Financial FCU
Acct. No. 1611628
14985 Glazier Avenue, #100
Apple Valley, MN  55124-7484 | 8,500.00 | 188.74 |
| 16 | Monogram Credit Card Bank of Georgia, d/b/a Mobil CNSMR Prog. 01271
Acct. No. ************4363
Recovery Management Systems Corporation
23 SE 2nd Avenue, #1120
Miami, FL  33131 | 195.92 | 4.35 |
| 17 | Kohl's Department Store
Acct. No. 0179213228
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX  75374 | 256.35 | 5.69 |
| 18 | Citibank, N.A.
Acct. No. 5588008001096009
Citibank/CHOICE
P.O. Box 6305
The Lakes, NV  88901-6305 | 6,573.33 | 145.96 |
| 19 | Chase Manhattan Bank USA, NA
Acct. No. ************6235
c/o Weinstein & Riley, P.S.
2101 4th Avenue, #900
Seattle, WA  98121 | 26,099.30 | 579.52 |
| 20 | Monogram Credit Card Bank of Georgia d/b/a Wal-Mart
Acct. No.************3103
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, #1120
Miami, FL  33131 | 533.16 | 11.84 |
| 21 | Federated Financial Corporation of America
Acct. No. 5474975600859168
P.O. Box 2034
Farmington Hills, MI  48333-2034 | 13,710.27 | 304.43 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    0.00

Dated: **June 21, 2007**                                      For the Court,

                                              By:   **KENNETH S. GARDNER**
                                                    Kenneth S. Gardner
                                                    Clerk of the U.S. Bankruptcy Court
                                                    219 S. Dearborn Street, 7th Floor
                                                    Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

5